

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-00827-CR

Richard **JUAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR8214
Honorable Kristina Escalona, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 22, 2023.

_____
Patricia O. Alvarez, Justice